UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIELLE THOMAS, | Civil File No. 07-3994 (JNE/JJG) |
| Plaintiffs, | |
| v. | **ORDER** |
| WHITE BEAR LAKE SCHOOL DISTRICT and WHITE BEAR LAKE POLICE DEPARTMENT, | |
| Defendants. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Application To Proceed In Forma Pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 28, 2007

                                                s/ Joan N. Ericksen
                                              JOAN N. ERICKSEN
                                              United States District Judge

*